Barker, for appellant. W. C. Dodge, for respondent. No opinion. Determination (126 N. Y. Supp. 692) affirmed, with costs and disbursements. Order filed. See, also, 143 App. Div. 931, 128 N. Y. Supp. 1117.

In re CHADSEY. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Nathan B. Chadsey, an attorney. No opinion. Motion denied, with leave to renew application after the six months have expired. Settle order on notice. See, also, 126 N. Y. Supp. 456.

CHILDS, Appellant, v. CHILDS, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Irving W. Childs against Gertrude E. Childs. (Appeal No. 1.) No opinion. Order of January 10, 1911, directing security for alimony, and in default sequestration, affirmed, with $10 costs and disbursements. See, also, 129 App. Div. 890, 113 N. Y. Supp. 1128; supra.

CHILDS, Appellant, v. CHILDS, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Irving W. Childs against Gertrude E. Childs. (Appeal No. 2.) No opinion. Order of March 21, 1911, for sequestration and appointment of a receiver, affirmed, with $10 costs and disbursements. See, also, supra and infra.

CHILDS v. CHILDS. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Irving W. Childs against Gertrude E. Childs. (Appeal No. 3.) No opinion. Appeal of April 6, 1911, so far as it increases alimony, modified, and alimony continued at $8,400 per year, and, as so modified, affirmed, without costs. See, also, supra.

CHINMAN et al., Respondents, v. LIEBROSS, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Samuel L. Chinman and another against Louis Liebross, etc. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

CIANCIMINO, Respondent, v. BONACCI, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Peter Ciancimino against Dominick Bonacci, impleaded with Moses Vincelli. No opinion. Judgment affirmed, with costs.

CITY OF BUFFALO, Respondent, v. STEVENSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by the City of Buffalo against Arthur E. Stevenson. No opinion. Motion for leave to appeal to Court of Appeals granted. For former decision, see 129 N. Y. Supp. 125.

CITY OF BUFFALO, Appellant, v. WHITMIER & FILBRICK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by the City of Buffalo against the Whitmier & Filbrick Company. No opinion. Motion for leave to appeal to Court of Appeals denied with $10 costs. For former decision, see 129 N. Y. Supp. 1116.

CITY OF ITHACA, Appellant, v. ITHACA ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the City of Ithaca against the Ithaca Street Railway Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 130 N. Y. Supp. 359.

CITY OF ITHACA, Respondent, v. ITHACA ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the City of Ithaca against the Ithaca Street Railway Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 130 N. Y. Supp. 359.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) In the matter of the application of the City of New York to acquire certain real estate at Wantagh, in the town of Hempstead, in the county of Nassau, for purposes of water supply. No opinion. Order affirmed, with $10 costs and disbursements, but without prejudice as to such questions as may be presented on an appeal from the order confirming the report of the commissioners.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of the City of New York, for payment by the chamberlain. No opinion. Motion granted. Provision to be inserted in the order that the fund thus depleted shall be reimbursed when the surplus fund is returned to the city. Settle order on notice. See, also, 135 App. Div. 924, 120 N. Y. Supp. 1118.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of acquiring title by the City of New York to certain lands and premises situated at the northeasterly corner of Anthony street and Vandervoort avenue, in the Eighteenth ward of the borough of Brooklyn, etc. No opinion. Matter referred to John A. Warren, Esq., to take testimony and report thereon, with his opinion.

CLARK, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Bessie G. Clark against the Metropolitan Life Insurance Company. C. N. Bovee, for appellant. J. B. Potter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.